IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BIANCA TABARESTANI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.: 4:16-CV-00712 |
| UNITED PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY and VALERIE | § | |
| RILEY | § | |
| | § | |
| Defendants. | § | |

## ADVISORY TO THE COURT OF SETTLEMENT

Plaintiff Bianca Tabarestani and Defendants United Property & Casualty Insurance Company and Valerie Riley ("Defendants") have reached a settlement in this matter. Plaintiff and Defendants intend to submit a joint stipulation of dismissal with prejudice within 60 days.

Respectfully submitted,

/s/ Rhonda J. Thompson
Rhonda J. Thompson, Attorney-In-Charge
State Bar No. 24029862
Southern District Bar No. 17055
Shannon Beck
State Bar No. 24092102
Southern District Bar No. 2715159

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email:  rthompson@thompsoncoe.com
Email:  sbeck@thompsoncoe.com

-and-

**ADVISORY TO THE COURT OF SETTLEMENT**- **Page 1**
2510518v1
11151.043

**CHRISTOPHER H. AVERY**
cavery@thompsoncoe.com
State Bar No.:  24069321
Southern District No.:  1048591

**THOMPSON, COE, COUSINS & IRONS,L.L.P.**
One Riverway, Suite 1400
Houston, Texas  77056-1988
(713) 403-8203  Telephone
(713) 403-8299  Facsimile

**COUNSEL FOR DEFENDANTS UNITED PROPERTY & CASUALTY INSURANCE COMPANY AND VALERIE RILEY**

## CERTIFICATE OF SERVICE

This is to certify that on the 28th day of July, 2016, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Bryant Fitts
Carla R. Delpit
Fitts Law Firm, PLLC
2700 Post Oak Blvd., Suite 1120
Houston, TX  77056
Fax:  (713) 583-1492
*Counsel for Plaintiff*

/s/ Rhonda J. Thompson_____
Rhonda J. Thompson